968

No. 77, Orig. TENNESSEE v. ARKANSAS. Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days. Reply briefs, if any, to such Exceptions may be filed within 30 days. [For earlier order herein, see, e. g., 439 U. S. 1061.]

No. 80–757. NEW YORK MERCANTILE EXCHANGE ET AL. v. LEIST ET AL.;

No. 80–895. CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. v. LEIST ET AL.; and

No. 80–936. HEINOLD COMMODITIES, INC., ET AL. v. LEIST ET AL. C. A. 2d Cir. [Certiorari granted, 450 U. S. 910.] Motion of petitioners in No. 80–757 to divide oral argument with petitioners in Nos. 80–895 and 80–936, and motion of petitioners in Nos. 80–895 and 80–936 to divide oral argument with petitioners in No. 80–757, granted. Motions of petitioners in Nos. 80–895 and 80–936 for designation of counsel to present oral argument denied.

No. 80–1499. COMMISSIONER OF INTERNAL REVENUE v. DELTA METALFORMING CO., INC. C. A. 5th Cir. Motion of respondent to consolidate this case with No. 80–1251, *United States* v. *Vogel Fertilizer Co.* [certiorari granted, 450 U. S. 994], denied.

No. 80–1188. EDGAR v. MITE CORP. ET AL. Appeal from C. A. 7th Cir. Probable jurisdiction noted.

No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDEPENDENT SCHOOL DISTRICT, ET AL. v. DOE, GUARDIAN, ET AL. Appeal from C. A. 5th Cir. Probable jurisdiction noted.